## LAW OFFICES OF ARMEN R. VARTIAN

332 S. MICHIGAN AVENUE #121-V158
CHICAGO, ILLINOIS 60604
T: (310) 372-1355  F: (866) 427-3820
www.vartianlaw.com

Armen R. Vartian, armen@vartianlaw.com
*Member of Illinois, California and New York Bars*
Laura C. Tiemstra, laura@vartianlaw.com
*Member of Illinois and California Bars*

**VIA ECF**

Honorable Jeannette A. Vargas
United State District Court
Southern District of New York
500 Pearl Street, Courtroom 703
New York, NY 10007

June 26, 2026

      Re:    *Lee Mendelson Film Productions, Inc. v. Heritage Auctions, Inc.*
                Case No. 1:26-cv-4211-JAV

Dear Judge Vargas,

I represent Defendant Heritage Auctioneers & Galleries, Inc., wrongly named as Heritage Auctions, Inc. ("Defendant") in the above-captioned action. I am writing this letter motion pursuant to your Rules and Procedures, to request an extension of time for Defendant's time to respond to the Complaint.

Defendant's original response date is Monday, June 29, 2026.

Defendant is requesting an extension of three weeks, to Monday, July 20, 2026.

This is Defendant's first request for an extension in this action.

Defendant requests the extension in order for the parties to explore an efficient path to resolution. This extension will not effect any deadlines.

Counsel for Defendant and Plaintiff have met and conferred, and Plaintiff consents to this extension.

There are no future appearances before the Court scheduled at this time.

Therefore, Defendant respectfully requests the Court extend Defendant's time to respond to the Complaint by three weeks, to Monday, July 20, 2026.

Sincerely,

_/s/Armen R. Vartian_____
Armen R. Vartian (Bar No. AV4124)
armen@vartianlaw.com

LAW OFFICES OF ARMEN R. VARTIAN
332 S. Michigan Ave., Ste. 121
Chicago, IL 60604
Telephone: (310) 697-7197

**Attorney for Defendant Heritage
Auctioneers & Galleries, Inc.**

Cc, via ECF:

| | |
|---|---|
| Jonathan Z. King | Marc Jacobson |
| John S. Miranda | LAW OFFICES OF MARC JACOBSON, PLLC |
| Avanthi M. Cole | 440 East 79th St., 11th Fl |
| COWAN LIEBOWITZ & LATMAN, P.C. | New York, NY 10075 |
| 114 West 47th St. | (516) 459-0436 |
| New York, NY 10036 | marc@marcjacobson.com |
| (212) 790-9200 | |
| jzk@cll.com | |
| jsm@cll.com | |
| amc@cll.com | |

**Counsel for Plaintiff Lee Mendelson Film Productions, Inc.**