UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LEE MENDELSON FILM PRODUCTIONS, INC., Plaintiff, v. HERITAGE AUCTIONEERS & GALLERIES, INC. Defendant. | Civil Action No. 1:26-cv-04211-JAV |

**MEMO ENDORSED**

**STIPULATED FINAL JUDGMENT AND PERMANENT INJUNCTION**

WHEREAS, Plaintiff Lee Mendelson Film Productions, Inc. ("LMFP") owns and administers the copyright in the musical composition entitled "Linus and Lucy," composed by jazz pianist Vince Guaraldi (the "Composition");

WHEREAS, the Composition was duly registered with the United States Copyright Office on April 26, 1965, bearing Registration Number Eu 879495, and the registration for the Composition was duly renewed on December 17, 1993, bearing Registration Number RE 650749;

WHEREAS, Defendant Heritage Auctioneers & Galleries, Inc. ("Heritage") created and posted on Instagram and Facebook promotional videos (the "Accused Videos") that incorporated the Composition and advertised Heritage's products and services without authorization from LMFP;

WHEREAS, LMFP commenced this action alleging that Heritage infringed LMFP's copyright in the Composition by creating and posting the Accused Videos on social media platforms without a license from LMFP; and

WHEREAS, LMFP and Heritage have agreed to resolve this action pursuant to the terms set forth below.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:

1. Within 3 business days of entry of this order by the Court, Heritage shall pay the sum of $40,000 to LMFP pursuant to wiring instructions to be provided. Heritage will execute such documents and undertake such other steps as are necessary to ensure that the foregoing payment is made in a timely fashion.

2. Heritage and its officers, agents, servants, representatives, directors, affiliates, employees, successors, assigns and licensees and any other entities which Heritage controls, and all persons or companies in active concert and/or participation with any of them or acting on their behalf, are hereby permanently enjoined and restrained from directly, indirectly, or secondarily infringing the copyright in the Composition or any other musical compositions the copyright to which is owned in whole or in part by LMFP as previously provided by LMFP to Heritage ("LMFP Compositions"), including without limitation by reproducing any portions of LMFP Compositions in social media posts or other forms of advertising, marketing or promotional materials.

3. LMFP irrevocably and fully waives any and all rights to appeal this Stipulated Final Judgment and Permanent Injunction, to have it vacated or set aside, or otherwise to attack it in any way or in any forum or jurisdiction.

4. Nothing contained in this Stipulated Final Judgment and Permanent Injunction shall limit LMFP's right to seek relief, including without limitation, damages and/or contempt sanctions, for any and all infringements of LMFP Compositions occurring after the date this Stipulated Final Judgment and Permanent Injunction is entered.

5. The Court shall retain jurisdiction over this action to entertain such further proceedings and to enter such further orders as may be necessary or appropriate to implement and enforce the provisions of this Stipulated Final Judgment and Permanent Injunction.

LEE MENDELSON FILM PRODUCTIONS, INC.

By: Glenn Mendelson

Name:

Title: President

Date: 11/16/2026

HERITAGE AUCTIONEERS & GALLERIES, INC.

By: DocuSigned by: Steve Ivy

Name: Steve Ivy

Title: CEO

Date: 11/13/2026

APPROVED AND ORDERED this ___ day of _____________, 2026

_______________________________

U.S.D.C.

The Clerk of Court is directed to close this case.

**SO ORDERED:**

Jeannette Vargas

The Honorable Jeannette A. Vargas
United States District Judge
Dated: November 20, 2026